AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| GUSTAVO ANTONIO NAVARRO-CARDENAS | CASE NUMBER: 08CR2998-JAH |

I, GUSTAVO ANTONIO NAVARRO-CARDENAS, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9/4/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Gustavo Antonio Navarro C.
Defendant

Counsel for Defendant

Before _____
Judicial Officer

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY